[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-11716
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 10, 2011
JOHN LEY
CLERK

D.C. Docket No. 6:10-cr-00152-JA-KRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM A. STOTLAR,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(November 10, 2011)

Before BARKETT, HULL and BLACK, Circuit Judges.

PER CURIAM:

Craig Crawford, appointed counsel for William Stotlar in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Stotlar's conviction and sentence are **AFFIRMED**.